■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVAUN PUNTER, Also Known as KIRK RILEY, Appellant. [837 NYS2d 563]—Judgment, Supreme Court, Bronx County (John N. Byrne, J., at plea; John P. Collins, J., at sentence), rendered January 26, 2006, convicting defendant of criminal sale of a

controlled substance in or near school grounds, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously modified, on the law, to the extent of vacating the DNA databank fee, and otherwise affirmed.

We perceive no basis upon which to reduce defendant's conviction to a lesser offense, since "we do not consider it appropriate to do so for the purpose of granting dispensations from mandatory sentencing statutes" (*People v Velasquez*, 25 AD3d 501 [2006], *lv denied* 6 NY3d 854 [2006]).

As the People concede, since the crime was committed prior to the effective date of the legislation (Penal Law § 60.35 [1] [a] [v] [former (1) (e)]), providing for the imposition of a DNA databank fee, that fee should not have been imposed. Concur—Tom, J.P., Saxe, Williams and Malone, JJ.